# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ICON FILM DISTRIBUTION LTD., a United Kingdom limited liability company,<br><br>   Petitioner,<br><br> v.<br><br>COTTONWOOD PICTURES, LLC,<br><br>   Respondent. | Case No. CV 11-10773-JAK (JCGx)<br><br>Assigned to Hon. John A. Kronstadt<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2203918.1
214146-10010

[PROPOSED] ORDER DISMISSING
ALL CLAIMS WITH PREJUDICE

1 | Pursuant to the parties' Stipulation and upon good cause shown, IT IS
2 | HEREBY ORDERED that Icon's Petition to Vacate Arbitration Award shall be
3 | dismissed with prejudice, and Cottonwood's Cross-Petition to Confirm Arbitration
4 | Award shall be dismissed with prejudice.

6 | IT IS SO ORDERED.

8 | Dated: March 30, 2012_____
   Honorable John A. Kronstadt
   United States District Judge